# UNITED STATES DISTRICT COURT

EASTERN _____ District of _____ MICHIGAN

UNITED STATES OF AMERICA

**V.**

ALEXANDRA LEE NORWOOD,

*Defendant*

**ORDER OF DETENTION PENDING TRIAL**

Case        4:07-CR-20454-FL

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held.  I conclude that the following facts require the detention of the defendant pending trial in this case.

## Part I—Findings of Fact

☐ (1) The defendant is charged with an offense described in 18 U.S.C. § 3142(f)(1) and has been convicted of a    ☐ federal offense    ☐ stat or local offense that would have been a federal offense if a circumstance giving rise to federal jurisdiction had existed -   that is

    ☐ a crime of violence as defined in 18 U.S.C. § 3156(a)(4).

    ☐ an offense for which the maximum sentence is life imprisonment or death.

    ☐ an offense for which a maximum term of imprisonment of ten years or more is prescribed in _____ .

    ☐ a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. § 3142(f)(1)(A)-©, or comparable state or local offenses.

☐ (2) The offense described in finding (1) was committed while the defendant was on release pending trial for a federal, state or local offense.

☐ (3) A period of not more than five years has elapsed since the    ☐ date of conviction    ☐ release of the defendant from imprisonment for the offense described in finding (1).

☐ (4) Findings Nos. (1), (2) and (3) establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of (an) other person(s) and the community.  I further find that the defendant has not rebutted this presumption.

### Alternative Findings (A)

(1) There is probable cause to believe that the defendant has committed an offense for which a maximum term of imprisonment of ten years or more is prescribed in _____ . under 18 U.S.C. § 924©.

(2) The defendant has not rebutted the presumption established by finding 1 that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

### Alternative Findings (B)

(1) There is a serious risk that the defendant will not appear.

X (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

_____

_____

_____

_____

_____

## Part II—Written Statement of Reasons for Detention

I find that the credible testimony and information submitted at the hearing establishes by   X   clear and convincing evidence        a prepon- derance of the evidence  that

detention is appropriate in this matter.   The information presented at the hearing reveals that the defendant has family, and  employment ties to this district which weigh in the defendant's favor.  Further information presented at the hearing reveals that the defendant has several previous state court convictions involving controlled substances, and for having carried a concealed weapon.  It further appears that the defendant had violated the terms of his state court probation on three occasions.   18 U.S.C. 3142 (g) outlines factors to be considered in determining the release of an individual.  Among these factors are the nature of the offense that has been committed and the history and characteristics of the person, including past conduct.  Based upon the information presented at the  hearing and considering the severity of the charges pending, the defendant's previous criminal history involving drugs and guns, and his pattern of failing to follow court orders, the defendant poses a danger to the community.  He shall be detained without bond pending trial in this matter.

## Part III—Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

Date: November 27, 2007

s/ Steven D. Pepe

STEVEN D. PEPE.  U.S. MAGISTRATE JUDGE

*Name and Title of Judge*

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2007 , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send such notification of such filing to the following: Nancy A. Abraham, AUSA, , and I hereby certify that I have mailed by United States Postal Service/hand delivered the paper to the following non-ECF participants: Kenneth M. Scott, 653 S. Saginaw St., Flint, MI 48502 United States Marshal Service, 600 Church St., Flint, MI, 48502, Pretrial Services Officer, 600 Church St., Flint, MI 48502.

s/James P. Peltier
James P. Peltier
Courtroom Deputy Clerk
U.S.District Court
600 Church St.
Flint, MI 48502
810-341-7850
pete_peltier@mied.uscourts.gov