UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                                                                  Case No. 07-20454
                                                                                                                  Hon. Sean F. Cox

ALEXANDERA NORWOOD,

    Defendant.
_____

## ORDER FOR SUPPLEMENTAL BRIEFING

      This matter is before the Court on Defendant's Motion to Suppress Evidence. The brief submitted by Defendant appeared to focus on whether the statements made by the affiant in the affidavit requesting the search warrant were false. However, at the hearing, Defendant articulated an argument that the affidavit did not establish probable cause for the magistrate to sign the search warrant. Defendant argues that officers did not have probable cause to believe Defendant was selling drugs and should not have entered the Arena East Apartments.

      The parties are ordered to submit supplemental briefing regarding whether there was probable cause for the magistrate to sign the search warrant. Further, the parties are to specifically address what probable cause the officers had to enter the Arena East Apartments following Defendant's arrest. The briefs shall be limited to ten (10) pages, and are due on or before **August 11, 2008.**

      **IT IS SO ORDERED.**

1

          **S/Sean F. Cox**
          **Sean F. Cox**
          **United States District Judge**

**Dated: August 1, 2008**

**I hereby certify that a copy of the foregoing document was served upon counsel of record on August 1, 2008, by electronic and/or ordinary mail.**

          **S/Jennifer Hernandez**
          **Case Manager**