UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Alexandra Norwood,

    Petitioner,

v.                                        Honorable Sean F. Cox

United States of America,               Criminal Case No. 07-20454

    Respondent.                           Civil Case No. 10-11977

_____/

**ORDER DENYING
PETITIONER'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL**

       In an Opinion and Order issued on September 30, 2010, this Court granted the Government's Motion to Dismiss and dismissed Petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 because he knowingly and voluntarily waived his right to seek collateral relief when he signed the Rule 11 Plea Agreement in this action. (Docket Entry No. 74). In an Order issued on November 10, 2010, this Court declined to issue a certificate of appealability. (Docket Entry No. 78).

       The matter is currently before the Court on Petitioner's application seeking to proceed *in forma pauperis* on appeal. (Docket Entry No. 83).

       The standard for granting *in forma pauperis* status requires a showing that the appeal is not frivolous. The Court shall deny Petitioner's application to appeal *in forma pauperis* because the Court concludes that the appeal would be frivolous.

       Accordingly, IT IS ORDERED that Petitioner's application to proceed *in forma pauperis*

is DENIED.

    IT IS SO ORDERED.


Dated: February 24, 2011                  S/ Sean F. Cox
                                                     Sean F. Cox
                                                     U. S. District Court Judge


I hereby certify that on February 24, 2011, the foregoing document was served upon counsel of record by electronic means and upon Alexandra Norwood by First Class Mail at the address below:

Alexandra Lee Norwood #41748-039
FCI Elkton
P. O. Box 10
Lisbon, OH 44432


Dated: February 24, 2011                  S/ J. Hernandez
                                                     Case Manager